**No. 42365.**—Protests 793742–G, etc., of Abercrombie & Fitch Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *Abercrombie* v. *United States* (C. D. 135) the movements in question were held dutiable at $2.25 each under paragraph 367 (a) (1) and (a) (5),

and the cases at 20 cents each and 45 percent ad valorem under paragraph 367 (f) (4).